```
1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800
4
5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| FRANK DELGADO, | ) | |
|---|---|---|
| | ) | CASE NO. 1:09-CV-1819 |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND ORDER |
| vs. | ) | FOR EXTENSION OF TIME TO FILE |
| | ) | PLAINTIFF'S OPENING BRIEF |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the attorneys for the parties as follows: that Plaintiff be granted a 45-day extension of time, until July 3, 2010, in which to serve Plaintiff's Opening Brief. The reason for the need for additional time is due to the fact that Plaintiff did not have a complete transcript. Some critical pages were missing from and Defendant has ordered the supplemental transcript to be sent. To this date, Plaintiff has not yet received the supplemental transcript. The current due date for Plaintiff's Opening Brief is May 19, 2010. The new due date will be July 3, 2010.

/ /

/ /

Dated: 05/18/2010            /s/ Sengthiene Bosavanh

SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

Dated: 05/18/2010

United States Attorney

By: /s/ Theophous H. Reagans
(as authorized via facsimile/e-mail)
THEOPHOUS H. REAGANS
Assistant Regional Counsel

**ORDER**

IT IS SO ORDERED.

**Dated:   May 18, 2010**         **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE