BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRANK DELGADO, ) <br> ) <br>    Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> CAROLYN W. COLVIN,[1] ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br>    Defendant. ) <br> _____) | CIVIL NO. 1:09-CV-01819-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from May 10, 2013 to June 10, 2013.

    This is the defendant's first request for an extension of time to respond to plaintiff's motion for attorney's fees.  Counsel for defendant needs additional time to prepare a response because he has a family emergency (grave illness of a sibling) that has caused counsel to be out of the office for an extended period of time.   Counsel will need to spend additional time out of the office this month.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel apologizes to the Court for the delay and inconvenience this causes the Court.

Respectfully submitted,

Dated: May 13, 2013        */s/ Sengthiene Bosavanh*
                           *(As authorized by telephone on May 13, 2013)*
                           SENGTHIENE BOSAVANH
                           Attorney for Plaintiff


                           BENJAMIN B. WAGNER
                           United States Attorney
                           GRACE M. KIM
                           Regional Chief Counsel, Region IX


Dated: May 13, 2013   By:  */s/ Theophous H. Reagans*
                           THEOPHOUS H. REAGANS
                           Special Assistant United States Attorney

**ORDER**

The Court adopts the parties' stipulation as outlined above. The Commissioner's opposition to the Motion for Attorney's fees shall be filed no later than June 10, 2013. Any optional reply shall be filed no later than June 24, 2013.

IT IS SO ORDERED.

Dated:   **May 14, 2013**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE