1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS CSBN 189450
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                        FRESNO DIVISION

12

13  FRANK DELGADO,                    )   CIVIL NO. 1:09-CV-01819-GSA
                                      )
14       Plaintiff,                   )
                                      )
15            v.                      )   STIPULATION AND ORDER FOR
                                      )   EXTENSION OF TIME
16  CAROLYN W. COLVIN,[1]             )
    Acting Commissioner of            )
17  Social Security,                  )
                                      )
18       Defendant.                   )
    _____ )

19

20       The parties, through their respective counsel, stipulate that defendant's time to respond to

21  plaintiff's opening brief be extended from May 10, 2013 to June 10, 2013.

22       This is the defendant's first request for an extension of time to respond to plaintiff's motion for

23  attorney's fees.  Counsel for defendant needs additional time to prepare a response because he has a

24  family emergency (grave illness of a sibling) that has caused counsel to be out of the office for an

25  extended period of time.   Counsel will need to spend additional time out of the office this month.

26  _____

27       [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28  for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this
    suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Counsel apologizes to the Court for the delay and inconvenience this causes the Court.

2

3
                                          Respectfully submitted,
4

5    Dated: May 13, 2013                   */s/ Sengthiene Bosavanh*
                                          *(As authorized by telephone on May 13, 2013)*
                                          SENGTHIENE BOSAVANH
6                                         Attorney for Plaintiff

7

8                                         BENJAMIN B. WAGNER
                                          United States Attorney
9                                         GRACE M. KIM
                                          Regional Chief Counsel, Region IX

10

11   Dated: May 13, 2013           By:    */s/ Theophous H. Reagans*
                                          THEOPHOUS H. REAGANS
12                                        Special Assistant United States Attorney

13

14                                        **ORDER**

15
         The Court adopts the parties' stipulation as outlined above.  The Commissioner's opposition to
16
     the Motion for Attorney's fees shall be filed no later than June 10, 2013.  Any optional reply shall be
17
     filed no later than June 24, 2013.
18

19

20

21

22       IT IS SO ORDERED.

23       **Dated:   May 14, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28